### 15995.   MILLS *v.* THE STATE.

LUKE, J. It appearing from the bill of exceptions and the record that the bill of exceptions was not tendered to the judge within twenty days from the date of the judgment overruling the motion for a new trial, this court is without jurisdiction to pass upon the merits of the assignments of error.

    *Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*
          DECIDED JANUARY 13, 1925.

Conviction of shooting at another; from Wilkes superior court--Judge Shurley. September 26, 1924.

*Norman & Norman,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.